# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April Blank, et al., | No. CV-22-01619-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Magellan Christian Academies of Arizona LLC, | |
| Defendant. | |

A Stipulated Motion to Dismiss with Prejudice (Doc. 11) having been filed, and good cause appearing,

**IT IS ORDERED** the Stipulated Motion to Dismiss with Prejudice (Doc. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs. The Clerk of Court shall close this case.

Dated this 9th day of January, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge